| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | LINDA C. ALLISON, #179741 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 "I" Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Linda.allison@fd.org |
| 5 | |
| | Attorney for Defendant |
| 6 | CHRISTOPHER DYER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:18-cr-0118-TLN |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO CONTINUE STATUS CONFERENCE |
| v. | ) | |
| | ) | DATE: August 30, 2018 |
| CHRISTOPHER DYER, | ) | TIME: 9:30 a.m. |
| Defendant. | ) | JUDGE: Hon. Troy L. Nunley |
| | ) | |
| | ) | |
| | ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, Assistant United States Attorney DAVID SPENCER and Assistant Federal Defender LINDA C. ALLISON, attorney for CHRISTOPHER DYER, that the status conference hearing set for August 30, 2018 be continued to September 13, 2018 at 9:30 a.m.

The reason for this continuance is that counsel for defendant desires additional time to discuss the case with her client, to conduct investigation related to the charges, and to otherwise prepare for trial. Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

/ / /

-1-

The parties further stipulate and agree to exclude time from the date of this stipulation August 28, 2018 to September 13, 2018 under the Speedy Trial Act (18 U.S.C. § 3161 (h)(7)(B)(iv))(Local Code T4).

Dated: August 28, 2018            Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Defendant
CHRISTOPHER DYER

Dated: August 28, 2018            McGREGOR W. SCOTT
United States Attorney

*/s/ David Spencer*
DAVID SPENCER
Assistant United States Attorney

## ORDER

IT IS HEREBY ORDERED that the status conference hearing set for August 30, 2018 at 9:30 a.m. be continued to September 13, 2018 at 9:30 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from the date of this order though September 13, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(1)(D), (h)(7)(A), (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Dated: August 28, 2018

Troy L. Nunley
United States District Judge